**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In re: Sonia M. Butler | ) | Case No.: 20-82629-CRJ-7 |
| SSN: xxx-xx-3564 | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |

## ORDER ON TRUSTEE'S APPLICATION
## TO EMPLOY SPARKMAN SHEPARD, P.C.

This matter came before the Court for hearing upon the Trustee's Application to Employ Sparkman Shepard, P.C. as attorney (Doc. 22). After proper notice, a hearing was held on January 5, 2022 with appearances by Damon Q. Smith, Attorney to the Debtor, Tazewell Shepard IV as attorney for the Trustee and Richard M. Blythe as attorney for the Bankruptcy Administrator.

Upon consideration of the pleadings and the recommendation of the Bankruptcy Administrator, by the Court it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Trustee's Application to Employ Sparkman Shepard, P.C. as attorney for the Trustee is hereby **APPROVED** with an effective date of the filing of the Application by Trustee to Employ Attorney, with a maximum potential compensation not to exceed twenty-five percent (25%) of the funds generated for the Bankruptcy Estate with counsel's assistance, unless otherwise Ordered by the Court for exceptional circumstances, and reasonable and necessary expenses.

Dated this the 6th day of January, 2022.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for the Trustee

1